1  Debra A. Miller, Esq.  (IN #27254-49)
      (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  dmiller@schuckitlaw.com
5
6  *Lead Counsel for Defendant Trans Union, LLC*

7  David Streza, Esq. (CSB #209353)
   Vogl Meredith Burke LLP
8  456 Montgomery Street, 20th Floor
   San Francisco, CA  94104
9  Telephone:  415-398-0200
   Fax:  415-398-2820
10 E-Mail:  dstreza@vmbllp.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTINE ROSS,<br>         Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRANSUNION, LLC; and WELLS FARGO<br>BANK, N.A.;<br>         Defendants. | CASE NO.  3:20-cv-04469-RS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Ernestine Ross ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 3:20-CV-04469-RS**

| | |
|---|---|
| | Respectfully submitted, |
| Date: <u>September 23, 2020</u> | *s/ Joseph B. Angelo (with permission)* |
| | Joseph B. Angelo, Esq. |
| | Gale, Angelo, Johnson & Pruett, P.C. |
| | 1430 Blue Oaks Blvd., Suite 250 |
| | Roseville, CA  95747 |
| | Telephone:  (916) 290-7778 |
| | Fax:  (916) 721-2767 |
| | E-Mail:  jangelo@gajplaw.com |
| | |
| | *Counsel for Ernestine Ross* |
| | |
| Date: <u>September 23, 2020</u> | *s/ Debra A. Miller* |
| | Debra A. Miller, Esq.  (IN #27254-49) |
| | (admitted *Pro Hac Vice)* |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN  46077 |
| | Telephone: 317-363-2400 |
| | Fax:  317-363-2257 |
| | E-Mail:  dmiller@schuckitlaw.com |
| | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| | |
| | David Streza, Esq. (CSB #209353) |
| | Vogl Meredith Burke LLP |
| | 456 Montgomery Street, 20th Floor |
| | San Francisco, CA  94104 |
| | Telephone:  415-398-0200 |
| | Fax:  415-398-2820 |
| | E-Mail:  dstreza@vmbllp.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |
| | |
| | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 3:20-CV-04469-RS**

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2   dismissed with prejudice.  Plaintiff Ernestine Ross and Defendant Trans Union, LLC shall each
3   bear their own costs and attorneys' fees.

Date: September 28, 2020                    _____
                                            JUDGE, United States District Court, Northern
                                            District of California

DISTRIBUTION TO:

| Joseph Angelo, Esq. <br> jangelo@gajplaw.com | Alisa A. Givental, Esq. <br> aag@severson.com |
|---|---|
| David Streza, Esq. <br> dstreza@vmbllp.com | Thomas P. Quinn, Esq. <br> tquinn@nokesquiinn.com |
| Debra A. Miller, Esq. <br> dmiller@schuckitlaw.com | |