UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTINE ROSS,

          Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

          Defendants.

Case No.  20-cv-04469-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 3, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 10, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

     **IT IS SO ORDERED.**

Dated:  October 2, 2020

_____

Richard Seeborg
United States District Judge

United States District Court
Northern District of California