Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Ernestine Ross

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| Ernestine Ross | Case No.: 3:20-cv-04469-RS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELLS FARGO BANK, N.A.** |
| Wells Fargo Bank, N.A., et. al. Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Ernestine Ross and Defendant Wells Fargo Bank, N.A. that all matters herein between them have been compromised and settled. Therefore, Wells Fargo Bank, N.A. shall be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

//
//
//
//
//
//
//

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELLS FARGO BANK, N.A.

1  DATED: December 4, 2020                **Gale, Angelo, Johnson, & Pruett, P.C.**

3                                          By: _/s/ Joe Angelo_
4                                          Joe Angelo
                                           Attorneys for Plaintiff Ernestine Ross

5  DATED: December 4, 2020                **Severson & Werson, P.C.**

7                                          By: _/s/ Alisa A. Givental_
                                           Alisa A. Givental
8                                          Attorneys for Defendant Wells Fargo Bank, N.A.

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Alisa A. Givental
_/s/ Joe Angelo_

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED that Defendant Wells Fargo Bank, N.A. is dismissed with prejudice.  Plaintiff and Defendant Wells Fargo Bank, N.A. shall each bear their own costs, expenses and attorneys' fees.

Date: December 4, 2020                    _____
                                          Richard Seeborg
                                          JUDGE, United States District Court, Northern District of California

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELLS FARGO BANK, N.A.